# CERTIFICATE OF SERVICE

I, __Jeffrey C. Dan, Esq.__ (name), certify that service of this summons and a copy of the complaint was made __1/13/2022__ (date) by:

☐     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☒     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
      **Michael Lawrence Marshfield**
      **509 N. Wells, Unit 3**
      **Chicago, IL 60654**

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __2/10/2022__    Signature    */s/ Jeffrey C. Dan*

       Print Name:    *Jeffrey C. Dan, Esq. / Goldstein & McClintock LLLP*

       Business Address:    *111 W. Washington St., Ste. 1221*

                                  *Chicago, IL 60602*

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ×

**Tracking Number:** 70210950000191435740

Your item was delivered to the front desk, reception area, or mail room at 3:01 pm on January 18, 2022 in CHICAGO, IL 60654.

USPS Tracking Plus™ Available ∨

## ✓ Delivered, Front Desk/Reception/Mail Room

January 18, 2022 at 3:01 pm
CHICAGO, IL 60654

Get Updates ∨

| | |
|---|---|
| Text & Email Updates | ∨ |
| Tracking History | ∨ |
| USPS Tracking Plus™ | ∨ |
| Product Information | ∨ |

See Less ∧



Certified Mail Receipt — 7021 0950 0001 9143 5740 — J. Dan 1/13/2022
Sent To: Michael Lawrence Marshfield, 509 N Wells, Unit 3, Chicago, IL 60654